

# United States District Court
# Eastern District of California

**PLACER COUNTY WATER AGENCY**

Plaintiff(s)

V.

**AEGIS, ET AL.,**

Defendant(s)

Case Number: **2:25-CV-02327 DC CKD**

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Matthew P. Cardosi** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

**Defendants: Associated Electric & Gas Insurance Services, Limited; Ascot Syndicate 1414; Et Al.**

On **11/26/2012** (date), I was admitted to practice and presently in good standing in the **Bar of the State of Massachusetts** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have  ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **08/19/2025**          Signature of Applicant: /s/ **Matthew P. Cardosi**

**Pro Hac Vice Attorney**

Applicant's Name: Matthew P. Cardosi
Law Firm Name: Robins Kaplan LLP
Address: 800 Boylston Street

City: Boston   State: MA   Zip: 02199
Phone Number w/Area Code: (617) 859-2768
City and State of Residence: Newton, MA
Primary E-mail Address: Mcardosi@robinskaplan.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: William A. Webster
Law Firm Name: Robins Kaplan LLP
Address: 2121 Avenue of the Stars, Suite 2800

City: Los Angeles   State: CA   Zip: 90067
Phone Number w/Area Code: (310) 552-0130   Bar #: 262359

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 08/21/2025

*Dena Coggins*
Dena Coggins
United States District Judge